DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| | | | |
|---|---|---|---|
| 391P14 | State v. Lynwood Eugene Harris, Jr. | 1. Def's Motion for Temporary Stay (COA13-1330) | 1. Denied **10/21/2014** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | | **Ervin, J., recused** |
| 407P14-3 | Dwain Cornelius Ferrell v. Brad Perritt, Administrator | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **07/13/2015** |
| | | 2. Def's *Pro Se* Motion for Leave to Amend | 2. Dismissed as moot |
| | | 3. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 3. Dismissed as moot |
| 415P13-2 | Kelvin W. Sellars v. Frank L. Perry | 1. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **07/13/2015** |
| | | 2. Petitioner's *Pro Se* Motion for PDR | 2. Denied **07/13/2015** |
| 421P10-3 | Robert Alan Lillie v. Michael Ball, Superintendent of Avery-Mitchell Correctional Institution | 1. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Denied **07/13/2015** |
| | | 2. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied **07/13/2015** |
| | | 3. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed **07/13/2015** |
| | | 4. Petitioner's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as moot **07/13/2015** |
| 423P14 | State v. Tavares Laquin Jeter | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-337) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 445P14 | Shirley Lipe, Widow and Executrix of the Estate of Ross Iddings Lipe, Deceased Employee v. Starr Davis Company, Inc., Employer, Travelers Casualty & Surety (as Successors to Aetna Casualty & Surety Company), Carrier | 1. Def's (Travelers Casualty & Surety) Motion for Temporary Stay (COA14-90-2) | 1. Allowed **12/10/2014** Dissolved **08/20/2015** |
| | | 2. Def's (Travelers Casualty & Surety) Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's (Travelers Casualty & Surety) PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. N.C. Chamber and N.C. Association of Defense Attorneys' Conditional Motion for Leave to File *Amicus* Brief | 4. Dismissed as moot |
| | | 5. Def's (Travelers Casualty & Surety) Motion to Amend PDR | 5. Allowed |